**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6184**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MOHAMMED KWANING, a/k/a Kofi,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:14-cr-00600-GLR-2)

Submitted:  June 26, 2020                                   Decided:  July 14, 2020

Before AGEE, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammed Kwaning, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Kwaning appeals the district court's order denying his post-judgment motion to correct the record pursuant to Fed. R. App. P. 10(e). Kwaning filed his motion after we affirmed his conviction and sentence. *See United States v. Kwaning*, 786 F. App'x 388 (4th Cir. 2019), *cert. denied*, 140 S. Ct. 1231 (2020). The district court denied the motion for reasons stated in the Government's opposition thereto. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Kwaning*, No. 1:14-cr-00600-GLR-2 (D. Md. Dec. 20, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*